# IN RE APPLICATION FOR REINSTATEMENT OF GORDON CLINTON PETERSON.

146 N. W. (2d) 768.

November 25, 1966—No. 37,947.

*Gordon Clinton Peterson,* pro se, and *Harry H. Peterson,* for petitioner.
*Paul R. Hamerston* and *Donald E. Nelson,* for respondent.

PER CURIAM.

The petition of Gordon Clinton Peterson for reinstatement as an attorney authorized to practice law in the State of Minnesota is hereby denied.

THOMAS GALLAGHER, JUSTICE (dissenting).

I believe there should be a more extensive investigation of the facts here to

determine whether there has been any judicial determination of the present charges against petitioner and to ascertain whether the claims against him relate to the period prior to his disbarment and hence were covered by the penalty of his disbarment. If the latter is true, they should not now be considered in connection with the application for reinstatement.